**LISA R. LANG**
Lisa Lang Law LLC
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035
(503) 245-6309
OSB NO. 025035
Email: lisa@lisalanglaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| **NATHAN BURCHFIELD,** | Civil No. 3:25-cv-01415-CL |
| **Plaintiff,** | |
| vs. | **ORDER GRANTING AWARD OF EAJA FEES, EXPENSES COSTS** |
| **COMMISSIONER of Social Security,** **Defendant.** | |

_____/

### ORDER

Based upon the Plaintiff's Petition, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d)(l)(A) the assignment of EAJA fees to Plaintiff's attorney by Plaintiff, as discussed in Astrue v Ratliff, 130 S. Ct. 2521U.S. (2010), and 28 U.S.C. § 1920 it is hereby ordered that EAJA attorney's fees of **$5,156.28**, if not subject to any offset allowed under the U.S. Department of the Treasury's Offset Program as discussed in Ratliff shall be paid directly to Plaintiff's attorney, Lisa R Lang, either by electronic funds transfer or by check mailed to her office. If subject to offset, any remaining portion shall be made payable to Plaintiff, and mailed to the attorney's office.

Dated this ___/___ day of July , 2026.

_____
MARK D. CLARKE
United States Magistrate Judge

Presented by:
Lisa R. Lang, OSB 025035
Attorney for Plaintiff
5200 SW Meadows Rd., Suite 150
Lake Oswego, OR 97035